# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

January 25, 2023

*VIA ECF*
The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

Re:   *United States v. Miguel Sarti-Salguero*, 22 Cr. 433 (PKC)

Honorable Judge Castel:

With the gracious consent of the Government, I write on behalf of Mr. Sarti, whose sentencing hearing is scheduled for Wednesday, February 2, 2023, at noon, to respectfully request a short extension of time for filing our sentencing submission, which is due today, January 25, 2023. This extension is requested to allow the defense additional time to obtain translations of supporting materials that we intend to incorporate and attach to our submission.

Rather than seeking to adjourn the sentencing hearing for these purposes, I respectfully request that the Court extend the defense's filing deadline by two days to Friday, January 27, 2023, and that the government's deadline for submission be similarly extended by two days.

I have discussed this request with Assistant United States Attorney Andrew Jones, who consents on behalf of the United States.

Thank you for your considering this request.

Application Granted.

So Ordered: _____
Hon. P. Kevin Castel, U.S.D.J.
1-25-23

Respectfully submitted,

Christopher A. Flood
Assistant Federal Defender
Counsel for Mr. Miguel Sarti
(212) 417-8734

cc:   Assistant United States Attorney Andrew Jones (by ECF)